# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Ft. Worth Division*

Ben Thompson
_____

Plaintiff

v.

Allied Pilots Association, American Airlines, In[+]
_____

Defendant

_____

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Plaintiff Ben Thompson

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Ben Thompson, Plaintiff
Brett Myers, Attorney for Plaintiff
Eric Scott, Attorney for Plaintiff

| | |
|---|---|
| Date: | Aug 31, 2011 |
| Signature: | /s/ Brett Myers |
| Print Name: | Brett Myers |
| Bar Number: | Texas  0078801 |
| Address: | 5420 LBJ Freeway, Suite 1200 |
| City, State, Zip: | Dallas, Texas  75240 |
| Telephone: | 972-991-0889 |
| Fax: | 972-404-0516 |
| E-Mail: | bmyers@dgmlegal.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons